AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Cohn, James I. | 2. Court or Organization<br><br>District Ct - Florida Southern | 3. Date of Report<br><br>03/26/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge -- Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>299 E. Broward Boulevard<br>Fort Lauderdale, FL 33301 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1995 | Florida Retirement System Pension Plan |
| 2. | |
| 3. | |

Cohn, James I.

| Name of Person Reporting | Date of Report |
|---|---|
| Cohn, James I. | 03/26/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | Florida Retirement System Pension | $34,095.06 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS - *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohn, James I. | 03/26/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children: see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children: see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Central Loan Administration & Reporting (assigned from Bank United in 2009) | Mortgage on Condominium | I. |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Jacksonville Electric Municipal Bond | B | Interest | L | T | | | | | |
| 2. Orlando Wastewater Municipal Bond | B | Interest | L | T | | | | | |
| 3. Pasco Florida School Board Municipal Bond | B | Interest | L | T | | | | | |
| 4. Pasco Florida School Board Municipal Bond | B | Interest | L | T | | | | | |
| 5. Pasco Florida School Board Municipal Bond | C | Interest | M | T | | | | | |
| 6. Sanibel Florida FGIC Municipal Bond | B | Interest | L | T | | | | | |
| 7. Vanguard Index 500 Mutual Fund | A | Dividend | J | I | | | | | |
| 8. State of Florida Deferred Compensation | B | Dividend | M | I | | | | | |
| 9. IRA #1 — Vanguard Capital Opportunity Mutual Fund | B | Dividend | N | T | | | | | |
| 10. IRA #2 -- Vanguard Total Stock Index Mutual Fund | D | Dividend | N | I | | | | | |
| 11. IRA #3 -- Transamerica Annuity | A | Interest | J | I | | | | | |
| 12. Evergreen Money Market | A | Dividend | J | I | | | | | |
| 13. Vanguard Tax Exempt Money Market Fund | B | Interest | N | I | | | | | |
| 14. Vanugard Treasury Money Market Fund | B | Dividend | K | I | | | | | |
| 15. UBS Bank USA Deposit Account | A | Interest | J | T | | | | | |
| 16. Bank of America | | None | | | Buy | 02/24/09 | L | | |
| 17. Bank of America | | None | | | Sold | 02/27/09 | L | D | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A - $1,000 or less | B - $1,001 - $2,500 | C - $2,501 - $5,000 | D - $5,001 - $15,000 | E - $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F - $50,001 - $100,000 | G - $100,001 - $1,000,000 | H1 - $1,000,001 - $5,000,000 | H2 - More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J - $15,000 or less | K - $15,001 - $50,000 | L - $50,001 - $100,000 | M - $100,001 - $250,000 | |
| | N - $250,001 - $500,000 | O - $500,001 - $1,000,000 | P1 - $1,000,001 - $5,000,000 | P2 - $5,000,001 - $25,000,000 | |
| | P3 - $25,000,001 - $50,000,000 | | P4 - More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q - Appraisal | R - Cost (Real Estate Only) | S - Assessment | T - Cash Market | |
| | U - Book Value | V - Other | W - Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohn, James I. | 03/26/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. SunTrust | | None | | | Buy | 03/05/09 | M | | |
| 19. SunTrust | | None | | | Sold | 03/17/09 | M | D | |
| 20. SunTrust | | None | | | Buy | 04/02/09 | M | | |
| 21. SunTrust | | None | | | Sold | 04/08/09 | M | E | |
| 22. Citigroup | | None | | | Buy | 04/13/09 | L | | |
| 23. Citgroup | | None | | | Sold | 04/15/09 | L | C | |
| 24. SunTrust | | None | | | Buy | 04/17/09 | L | | |
| 25. SunTrust | | None | | | Sold | 04/22/09 | L | D | |
| 26. SunTrust | | None | | | Buy | 04/23/09 | L | | |
| 27. SunTrust | | None | | | Sold | 04/29/09 | L | D | |
| 28. Citgroup | | None | | | Buy | 08/19/09 | L | | |
| 29. Citgroup | | None | | | Sold | 11/02/09 | L | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | I =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohn, James I. | 03/26/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

Central Loan Administration & Reporting, Mortgage on Condominium, listed in Part VI is not an investment property, nor is it a second home. It is _____ residence and I co-signed the note and I make all mortgage payments on the note.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sig

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FAI                                                    JBJECT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544